# Court of Appeals
# of the State of Georgia

ATLANTA,  May 15, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1183. OMAR SHANIS v. PENDERGRASS FLEA MARKET, INC.

Omar Shanis and Abby Shanis (collectively "Shanis") filed a breach of contract action in magistrate court against Pendergrass Flea Market, Inc. ("Pendergrass").[1] The magistrate court entered judgment in favor of Shanis for $5,096. Pendergrass appealed the judgment to superior court. The superior court entered an order awarding $7,651.80 to Pendergrass on its claim against Shanis, and dismissed Shanis's claims. Shanis has filed this direct appeal.[2] We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Shanis's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.

---

[1] Shanis initially sued LaVaquita Flea Market, but the pleadings were later amended to reflect the defendant's correct name.

[2] Pendergrass states in its appellate brief that Shanis has filed in the superior court a document titled "Dismiss Notice of Appeal." However, because this appeal must be dismissed for the reason discussed above, we need not address that matter.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,___05/15/2023_____*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*